No. 97–6750. ATUAHENE *v.* NEW JERSEY DEPARTMENT OF TRANSPORTATION. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until February 2, 1998, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–7089. IN RE SHOWN. Petition for writ of habeas corpus denied.

No. 97–722. IN RE BENNETT;
No. 97–6503. IN RE LEHMAN ET AL.;
No. 97–6513. IN RE GOWING; and
No. 97–6555. IN RE RENTSCHLER. Petitions for writs of mandamus denied.

No. 97–6628. IN RE REEVES. Petition for writ of mandamus and/or prohibition denied.

No. 96–1405. SMITHS INDUSTRIES MEDICAL SYSTEMS, INC. *v.* KERNATS, A MINOR, BY KERNATS, HER MOTHER AND NEXT FRIEND, ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–1493. CAVALLO *v.* STAR ENTERPRISE ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–1611. COLLAGEN CORP. *v.* FIORE ET VIR. Ct. App. Ariz. Certiorari denied.

No. 96–1742. BELSHE, DIRECTOR, CALIFORNIA DEPARTMENT OF HEALTH SERVICES *v.* ORTHOPAEDIC HOSPITAL ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1987. NIPPON PAPER INDUSTRIES CO., LTD. *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.